JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, et al., <br><br> Plaintiffs, <br><br> v. <br><br> 3650 NEWTON OWNER LLC, <br><br> Defendant. | Case No. CV 23-10711 FMO (BFMx) <br><br> **JUDGMENT** |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 4th day of March, 2024.

/s/
Fernando M. Olguin
United States District Judge